IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AARON SCHMIDT ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| HOSLEY INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT HOSLEY INTERNATIONAL, INC.'S NOTICE OF REMOVAL**

COMES NOW, Defendant Hosley International, Inc., by and through undersigned counsel, and hereby files this notice of removal of this cause of action which is pending in the Circuit Court of Saint Louis County, Missouri.  As grounds for removal, Defendant states as follows:

**Procedural Background**

1. A civil cause of action was filed in the Circuit Court of the Saint Louis County, Missouri, styled *Aaron Schmidt v. Hosley International*, Inc. Case No. 15SL-CC00107 on January 12, 2015.

2. Defendant was served with Plaintiff's Petition on March 15, 2015.

**The Parties**

3. Plaintiff is a resident of the State of Missouri and therefore a citizen of the State of Missouri.

4. Defendant Hosley International, Inc. is an Illinois corporation with its principle place of business in Lynwood, Illinois.  Defendant is therefore an Illinois citizen.

**Grounds for Removal**

5. This is a civil action of which this Court has original jurisdiction under 28 USC § 1332, and is one which may be removed to this Court by Defendant Hosley International, Inc. pursuant to the provisions of 28 USC § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and costs.

6. In the Petition for Damages, Plaintiffs assert that he has incurred medical expenses in excess of $100,000.00. As such, it is clear that he seeks a recovery in excess of $75,000.00.

7. A true and just copy of this Notice of Removal will be served upon the Plaintiffs and will be filed with the Clerk of the Circuit Court of Saint Louis County, Missouri as required by 28 USC § 1446(d).

8. The Circuit Court of Saint Louis County's case file is attached hereto. (*See* Exhibit A)

9. Further, this Notice of Removal is timely pursuant to 28 USC § 1446(b) as a notice of removal is filed within 30 days of receipt by Defendant of the notice of the action.

**CHILDRESS AHLHEIM CARY LLC**

By: /s/ DAVID T. AHLHEIM
DAVID T. AHLHEIM   #50853MO
1010 Market Street, Suite 500
Saint Louis, MO 63101
Phone: (314) 621-9800
Fax: (314) 621-9802
dahlheim@jchildresslaw.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all parties via the Court's electronic filing system on the 14th day of April, 2015 to:

William T. Dowd
Kevin D. Lane
Dowd & Dowd, P.C.
211 North Broadway, Suite 4050
Saint Louis, MO 63102
bill@dowdlaw.net
kevin@dowdlaw.net
*Attorneys for Plaintiff*

/s/ DAVID T. AHLHEIM